IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| RALPH SARTAIN and SUZANNE SARTAIN, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 150259D |
| v. | ) ) | |
| JACKSON COUNTY ASSESSOR, | ) ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered July 24, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter came before the court on its own motion to dismiss for lack of prosecution. On July 7, 2015, the court issued its Order, instructing Plaintiffs to submit three mutually convenient trial dates by July 20, 2015. The court's Order stated that failure to comply with the deadline set forth therein would result in dismissal of Plaintiffs' appeal.

Plaintiffs' deadline has passed and the court has not received three mutually convenient trial dates – or any other communication – from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of August 2015.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on August 11, 2015.*